INTEGRACIÓN DE SALA ESPECIAL.

*Número:* ————      *Resuelto:* 9 de diciembre de 1994

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 3(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. I-A, se constituye la Sala Especial de Despacho de Misceláneas siguiente que funcionará durante el período comprendido entre el 19 de diciembre de 1994 y el 13 de enero de 1995.

Juez Presidente, Sr. José A. Andréu García
Juez Asociado, Sr. Antonio S. Negrón García
Juez Asociado, Sr. Federico Hernández Denton

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*